IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GENEVIEVE TIRADO, | : | |
|     Plaintiff | : | CIVIL ACTION NO. 12-2870 |
| v. | : | |
| | : | |
| UNITED STATES POSTAL SERVICE, | : | |
|     Defendant | : | |

**ORDER**

**AND NOW,** this 10th day of July 2013, upon consideration of Defendant's Motion for Summary Judgment [Doc. No. 20], Plaintiff's response [Doc. No. 21], and Defendant's Reply [Doc. No. 24], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED.**

It is further **ORDERED** that counsel for the parties shall confer as to whether the parties wish to attempt to resolve the remaining claim through alternative dispute resolution. The parties shall report to the Court in writing with respect to whether the case is settled on or before **July 26, 2013**. The joint report may be faxed to Chambers (267-299-5077), and need not be filed. In the event the case is not settled, counsel shall include in their joint report a statement as to whether they believe a settlement conference before a magistrate judge, mediation under Local Civil Rule 53.3, or some other form of alternative dispute resolution might be of assistance in resolving the case and, if so, on what form of alternative dispute resolution they agree and by what date they will be prepared to commence such proceedings. If the parties do not wish to engage in alternative dispute resolution, the July 26, 2013 report shall provide the Court with a joint proposed schedule for trial.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe

_____
**CYNTHIA M. RUFE, J.**